896 A.2d 507

In re The Nomination Papers of Monica A. TREICHEL as candidate for State Representative in the 149th Legislative District,

Appeal of Joseph I. Breidenstein.

Supreme Court of Pennsylvania.

April 20, 2006.

Lawrence F. Flick, Esq., Norristown, for Joseph I. Breidenstein.

Lawrence J. Tabas, Esq., Jonathan Shae Goldstein, Esq., Philadelphia, for Monica A. Treichel.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April 2006, we **AFFIRM** the Order of the Commonwealth Court.